**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Doak Worley and Darla Worley,     ) | No. CIV 05-1650-PHX-DKD |
| Plaintiffs,                   ) | **ORDER** |
| vs.                                 ) | |
| Fleetwood Enterprises, Inc., et al.,     ) | |
| Defendants.             ) | |

The Court having received the Second Stipulation to Amend Deadlines of Plaintiffs Doak and Darlene Worley; Defendants Fleetwood Enterprises, Inc. and Beaudry Motor Company; and Defendant Freightliner Custom Chassis Corporation, and good cause appearing;

IT IS HEREBY ORDERED extending the deadline for completion of all discovery, including depositions of parties, witnesses and experts, answers to interrogatories, supplements to interrogatories, requests for admissions and requests for production of documents from March 17, 2006 to **June 16, 2006**.

IT IS HEREBY FURTHER ORDERED extending the deadline for filing dispositive motions from April 17, 2006 to **July 17, 2006**.

DATED this 17th day of April, 2006.

David K. Duncan
United States Magistrate Judge