**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Doak Worley and Darla Worley,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Fleetwood Enterprises, Inc., et al.,<br><br>　　　　　Defendants. | No. CIV 05-1650-PHX-DKD<br><br>**ORDER** |

The Court having received the parties' Third Stipulation to Amend Deadlines (Doc. #38) and upon good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Third Stipulation to Amend Deadlines and extending the deadlines as follows:

1. Completion of all discovery, including depositions of parties, witnesses and experts, answers to interrogatories, supplements to interrogatories, requests for admissions and requests for production of documents from June 16, 2006 to **September 1, 2006**;

2. Filing dispositive motions from July 17, 2006 to **September 29, 2006**;

3. Plaintiffs' expert witness disclosure from December 15, 2006 to **June 23, 2006**;

4. Plaintiffs' expert witness report from December 15, 2006 to **July 21, 2006**; and

5. Rebuttal reports, if any, from February 13, 2006 to **August 11, 2006**.

DATED this 27th day of June, 2006.

David K. Duncan
United States Magistrate Judge